UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ELDON A. WILLIAMS, | ) |
| | ) No.  CV-10-5101-CI |
| Plaintiff, | ) |
| | ) |
| v. | ) ORDER GRANTING STIPULATED |
| | ) MOTION TO REMAND PURSUANT TO |
| MICHAEL J. ASTRUE, | ) SENTENCE FOUR OF 42 U.S.C. |
| Commissioner of Social | ) § 405(g) |
| Security, | ) |
| | ) |
| Defendant. | ) |

BEFORE THE COURT is the parties' stipulated Motion to Remand of the above-captioned matter to the Commissioner for additional administrative proceedings. (ECF No. 23.) Attorney David L. Lybbert represents plaintiff Eldon Williams; Special Assistant United States Attorney Lisa Goldoftas represents Defendant. The parties have consented to proceed before a magistrate judge. (ECF No. 6.) After considering the stipulation of the parties,

**IT IS ORDERED:**

1. The parties' stipulated Motion to Remand **(ECF No. 23)** is **GRANTED**. The above-captioned case is **REVERSED** and **REMANDED** to the Commissioner of Social Security for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g). On remand, the administrative law judge (ALJ) will:

    a. reevaluate all medical source opinions, including those of CeCilia Cooper, Ph.D.; Thomas L. Dillon, M.D.; Laurie Zimmerman, M.D.; and Hui-Juan Zhang, M.D.;

ORDER GRANTING STIPULATED MOTION TO REMAND - 1

    b.   explain the weight given to such opinion evidence and provide legally sufficient reasons if rejecting any medical opinions;

    c.   if warranted, request additional evidence or further clarification from medical sources regarding their opinions and Plaintiff's functional limitations;

    d.   reevaluate Plaintiff's impairments, including his mental impairments, and assess whether they meet or equal a listing;

    e.   if necessary, obtain medical expert testimony;

    f.   reevaluate Plaintiff's RFC and credibility and continue with the sequential evaluation process;

    g.   obtain vocational expert testimony; and, if applicable;

    h.   perform a DAA analysis in accordance with applicable statutes, regulations, rules, and agency policies.

2. Judgment shall be entered for the **PLAINTIFF**.

3. Plaintiff's Motion for Summary Judgment (**ECF No. 18**) is stricken as moot.

4. An application for attorney fees may be filed by separate motion.

The District Court Executive is directed to enter this Order, forward copies to counsel, and thereafter shall close this file.

DATED August 22, 2011.

                    S/ CYNTHIA IMBROGNO
                UNITED STATES MAGISTRATE JUDGE

ORDER GRANTING STIPULATED MOTION TO REMAND - 2